SARAH J. TRIEBER, as Executrix of WILLIAM TRIEBER, Deceased, Respondent, *v.* THE NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.

*Trieber* v. *N. Y. & Queens County Ry. Co.*, 134 App. Div. 661, affirmed.
(Argued January 23, 1911; decided February 7, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

November 19, 1909, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*Aaron P. Jetmore* and *Samuel M. Gardenhire* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.